TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 344-9298

Attorney for Defendant
FELIPE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>FELIPE GUTIERREZ,<br><br>                    Defendant. | CASE NO. 1:11-CR-00354 LJO<br><br>**STIPULATION REGARDING RDAP PROGRAM;  FINDINGS AND ORDER** |

    Defendant, Felipe Gutierrez, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

    1.    The Court sentenced Mr. Gutierrez on October 15, 2013. The defendant requested the RDAP program. The Probation report did not recommend the RDAP program. Defense counsel requested, at the last minute after a long discussion about the court's recommendation on housing within BOP, that defendant receive the RDAP program. Defense counsel and defendant recalled that the Court said something to the effect of "that's fine" with a wave of the hand as sentencing was coming to a close. Defense counsel and defendant were left with the impression that defendant could apply for the RDAP program.

    2.    Defendant contacted defense counsel from custody and indicated that BOP indicated there was no recommendation for RDAP in defendant's paperwork. Defense counsel

1

      checked the judgment and there was no RDAP indication. Defense counsel checked with the court clerk who talked to the court reporter who indicated that there was no mention of RDAP in the transcript.

3.     Defense counsel cannot now, faced with the transcript, cannot say for certain that RDAP was ordered but can say with certainty that both she and the defendant were left with a sense of relief after sentencing based on the belief that RDAP was recommended.

4.     Defense counsel conferred with probation officer Megan Pascual who had no mention of RDAP being recommended in her notes and no independent recollection of it.

5.     Defense counsel conferred with AUSA Kimberly Sanchez and she has no objection to the defendant's request for the RDAP program if the Court were to now entertain recommending it.

  Defendant requests based on the foregoing that the Court issue a recommendation for defendant to participate in the RDAP program.

Dated:  February 4, 2015                    BENJAMIN B. WAGNER
                                              United States Attorney

                                              By:   */s/ Toni White for*
                                              Kimberly Sanchez
                                              Assistant U.S. Attorney

                                              For the United States

Dated: February 4, 2015                    By:   */s/ Toni White* _
                                              TONI WHITE

                                              For the Defendant

1 **O R D E R**

2 IT IS SO ORDERED.

3 Dated: **February 5, 2015**           /s/ Lawrence J. O'Neill
4                                            UNITED STATES DISTRICT JUDGE