HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FELIPE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. F 11-354 LJO |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED REQUEST FOR** |
| | ) | **EXTENDED BRIEFING SCHEDULE;** |
| v. | ) | **ORDER** |
| | ) | |
| FELIPE GUTIERREZ, | ) | RETROACTIVE DRUGS-MINUS-TWO |
| | ) | AMENDMENT CASE |
| Defendant. | ) | |
| | ) | Judge: Hon. LAWRENCE J. O'NEILL |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender Hannah R. Labaree, hereby requests that the deadline to file a supplement to defendant's pro se motion, be extended to **August 7**, **2015**.  Government counsel has graciously indicated she has no objection.

Dated:  July 14, 2015

                                                                        Respectfully submitted,

                                                                        HEATHER E. WILLIAMS
                                                                        Federal Defender

                                                                        /s/ *Hannah R. Labaree*
                                                                        HANNAH R. LABAREE
                                                                        Assistant Federal Defender

STIPULATED BRIEFING SCHEDULE           1

# ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the supplement to pro se motion shall be filed on or before August 7, 2015; the government's response to supplement shall be filed on or before August 21, 2015; and the defendant's reply shall be filed on or before August 28, 2015.

**IT IS SO ORDERED**
**Dated: July 14, 2015**

                                                  /s/ Lawrence J. O'Neill
                                          **United States District Judge**