HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FELIPE GUTIERREZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. F 11-354 LJO |
| Plaintiff, | **UNOPPOSED REQUEST FOR EXTENDED BRIEFING SCHEDULE; ORDER** |
| v. | |
| FELIPE GUTIERREZ, | RETROACTIVE DRUGS-MINUS-TWO AMENDMENT CASE |
| Defendant. | Judge: Hon. LAWRENCE J. O'NEILL |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender Hannah R. Labaree, hereby requests that the deadline to file a supplement to defendant's pro se motion, be extended to **August 7**, **2015**. Government counsel has graciously indicated she has no objection.

Dated: July 14, 2015

                                                  Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Hannah R. Labaree*
                                                  HANNAH R. LABAREE
                                                  Assistant Federal Defender

# ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the supplement to pro se motion shall be filed on or before August 7, 2015; the government's response to supplement shall be filed on or before August 21, 2015; and the defendant's reply shall be filed on or before August 28, 2015.

**IT IS SO ORDERED**
**Dated: July 14, 2015**

                                            /s/ Lawrence J. O'Neill
                                       **United States District Judge**