HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FELIPE GUTIERREZ,<br><br>        Defendant. | No. Cr. F 11-cr-354 LJO<br><br>**STATUS MEMO AND STIPULATED REQUEST TO CONTINUE TO HOLD IN ABEYANCE DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C.§ 3582(c)(2)**<br><br>Hon. Lawrence J. O'Neill |

      On May 5, 2015, Defendant, FELIPE GUTIERREZ, filed a *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 583. Pursuant to a stipulated briefing schedule, Defense memorandum in support of Mr. Gutierrez' motion to reduce was due August 7, 2015. CR 599, 606.

      On August 11, 2015, this Court granted the parties' stipulated request to hold in abeyance defendant's motion to reduce sentence, to allow for the resolution of the petition for *en banc* review in *U.S. v. Davis*, 776 F.3d 1088 (9th Cir. 2015). CR 611. As stated in that stipulation, resolution of *Davis* will allow the parties and this Court to ascertain the law to be applied to Mr. Gutierrez' motion for a sentence reduction.

/ / /

/ / /

/ / /

Status Memo

The Ninth Circuit granted *en banc* review of *Davis* on August 6, 2015, and heard oral argument on September 10, 2015, but has not yet issued a ruling. Therefore, the parties respectfully stipulate and respectfully request that this Court continue to hold in abeyance defendant's motion to reduce sentence, and set a due date for status memo for **March 7, 2016.**

Dated: December 4, 2015                                        Dated:   December 4, 2015

BENJAMIN B. WAGNER                                 HEATHER E. WILLIAMS
United States Attorney                                       Federal Defender


 /s/  *Kathleen A. Servatius*                                 /s/ *Hannah R. Labaree*
KATHLEEN A. SERVATIUS                             HANNAH R. LABAREE
Assistant U.S. Attorney                                     Assistant Federal Defender

Attorney for Plaintiff                                          Attorney for Movant
UNITED STATES OF AMERICA                     FELIPE GUTIERREZ

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, a status memo on Mr. Gutierrez' motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is due **March 7, 2016**.

IT IS SO ORDERED.

   Dated:   **December 7, 2015**                         **/s/ Lawrence J. O'Neill**
                                                                                  UNITED STATES DISTRICT JUDGE

Status Memo                                                   2