1

2

# UNITED STATES DISTRICT COURT

3

### EASTERN DISTRICT OF CALIFORNIA

4

5

6

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00354-LJO-26 |
| Plaintiff, | |
| v. | ORDER UPDATING BRIEFING SCHEDULE RE DEFENDANT'S MOTIONS |
| FELIPE GUTIERREZ, | |
| Defendant. | (ECF Nos. 650, 680, 681) |

7

8

9

10

11

12        On May 5, 2015, Defendant Felipe Gutierrez filed a *pro se* motion to reduce his sentence

13  pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). ECF No. 583.

14  On June 22, 2015, the Federal Defenders' Office filed notice that it would represent Defendant in his

15  Section 3582 Motion, and stipulated with the Government as to an initial briefing schedule. ECF No.

16  559. On August 11, 2015, the Court granted the parties' joint request to hold Defendant's Section

17  3582 Motion in abeyance pending the Ninth Circuit's decision to grant *en banc* review of *United*

18  *States v. Davis*, 776 F.3d 1088 (9th Cir. 2015), which had a direct bearing on Defendant's eligibility

19  for relief under § 3582. ECF Nos. 611, 628.

20        On June 13, 2016, the Ninth Circuit issued its ruling in *United States v. Davis*, --- F.3d ---,

21  2016 WL 3245043 (9th Cir. June 13, 2016). One day later, the Court vacated its prior order holding

22  in abeyance Defendant's Section 3582 Motion, and issued a new scheduling order that provided 90

23  days from the date of the Ninth Circuit's mandate in *Davis* for Defendant to file a supplement to his

24  Section 3582 Motion, and provided 30 days from the date of the Defendant's filing for the

25  Government to respond. ECF No. 650.

26        On August 24, 2016, Defendant, through counsel, filed both (1) a supplement to his original

27  *pro se* Section 3582 Motion, ECF No. 680, and (2) a Motion for a Judicial Recommendation for

28  Maximum Time in a Halfway House, ECF No. 681. Upon review of Defendant's second motion,

which asks the Court to recommend to the Bureau of Prisons that Defendant be permitted to spend the last 12 months of his prison term at a residential reentry center, the Court believes its decision-making would be aided by the filing of a response by the Government specific to that issue. Therefore, in light of Defendant's recent filings and in accordance with the previous scheduling order in this case, the Court **HEREBY ORDERS** the following briefing schedule:

1.  With regard to Defendant's supplemented Section 3582 Motion, the Government must file its opposition on or before **September 27, 2016**. Defendant shall have until **October 11, 2016** to file his reply.

2.  With regard to Defendant's Motion for a Judicial Recommendation for Maximum Time in a Halfway House, the Government must file its response on or before **September 8, 2016**. Defendant shall have until **September 15, 2016** to file his reply.

IT IS SO ORDERED.

Dated:   **August 26, 2016**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE