IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>FELIPE GUTIERREZ,<br><br>       Defendant. | 1:11-CR-00354 LJO<br><br>STIPULATION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE AND ORDER THEREON |

  The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS and KIMBERLY A. SANCHEZ, Assistant United States Attorneys, and the defendant Felipe Gutierrez, by and through his attorney, Hannah Labaree, hereby stipulate to extend the time for the government's filing of its response to the defendant's motion until October 5, 2016.  Government counsel is awaiting receipt of information from the Bureau of Prison in order to complete the response.

Dated:  October 5, 2016        PHILLIP A. TALBERT
                    Acting United States Attorney

                 By: /s/ Kathleen A. Servatius
                    KATHLEEN A. SERVATIUS
                    Assistant United States Attorney

Dated:  September 30, 2016    /s/ *Hannah Labaree*
                 Hannah Labaree, Attorney for Felipe Gutierrez

IT IS SO ORDERED.

  Dated:  **September 30, 2016**    **/s/ Lawrence J. O'Neill**
                   UNITED STATES CHIEF DISTRICT JUDGE