HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FELIPE GUTIERREZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1: 11-cr-354 LJO |
|---|---|
| Plaintiff, | ) **UNOPPOSED REQUEST FOR** |
| | ) **EXTENDED BRIEFING SCHEDULE;** |
| v. | ) **[lodged] ORDER** |
| FELIPE GUTIERREZ, | ) RETROACTIVE DRUGS-MINUS-TWO |
| | ) AMENDMENT CASE |
| Defendant. | ) |
| | ) Judge:  Hon.  LAWRENCE J. O'NEILL |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender Hannah R. Labaree, hereby requests that the deadline to file the reply to the government's opposition, be extended to **October 18, 2016**.  Government counsel has graciously indicated she has no objection.

Dated:  October 11, 2016

                                                 Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 */s/ Hannah R. Labaree*
                                                 HANNAH R. LABAREE
                                                 Assistant Federal Defender

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the reply to the government's opposition shall be filed on or before October 18, 2016.

IT IS SO ORDERED.

Dated:   **October 11, 2016**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE